UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:19-CV-81252

RYAN SEGEV,

      Plaintiff,

v.

LYNN UNIVERSITY, INC., a Florida not-for-profit
Corporation d/b/a LYNN UNIVERSITY;
MIGUEL ANTUNES, an individual;
MATTHEW ROCHE, an individual, and
CATHERINE WHARTON, an individual,

      Defendants.

                                    /

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

      The undersigned jointly stipulate and move for an order permitting

THERESA M. GALLION, ESQUIRE to withdraw as counsel of record for the

Defendant, CATHERINE WHARTON, in connection with the above-referenced

claim and that JEFFREY S. WEISS, ESQUIRE and GARGANESE, WEISS,

D'AGRESTA & SALZMAN, P.A. may be substituted as counsel of record for

Defendant, and that THERESA M. GALLION, ESQUIRE and CORNELL SMITH

MIERL BRUTOCAO BURTON, LLP, shall be discharged and shall have no

further responsibility to the Defendant in this cause.

Dated: May 19, 2020

Dated: May 19, 2020

/s/ Theresa M. Gallion
THERESA M. GALLION, ESQUIRE
Florida Bar No:  0726801
CORNELL  SMITH  MIERL  BRUTOCAO
BURTON, LLP
1607 West Avenue
Austin, Texas 78701
Tel:  512-328-1540/Fax:  512/328-1541
Primary email:    tgallion@cornellsmith.com

/s/ Jeffrey S. Weiss
JEFFREY S. WEISS, ESQUIRE
Florida Bar No:  750565
GARGANESE,  WEISS,  D'AGRESTA  &
SALZMAN, P.A
111 N. Orange Avenue, Suite 2000
Orlando, Florida  32801
Tel:  407-425-9566/Fax:  407-425-9596
Primary email:     jweiss@orlandolaw.net
Secondary email:  mrusso@orlandolaw.net
                               dsambol@orlandolaw.net
Attorney for Defendant, Catherine Wharton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2020, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF which will provide

electronic generated transmission to all counsel of record.

/s/ Jeffrey S. Weiss
JEFFREY S. WEISS, ESQUIRE
Florida Bar No:  750565
GARGANESE,  WEISS,  D'AGRESTA  &
SALZMAN, P.A
111 N. Orange Avenue, Suite 2000
Orlando, Florida  32801
Tel:  407-425-9566/Fax:  407-425-9596
Primary email:     jweiss@orlandolaw.net
Secondary email:  mrusso@orlandolaw.net
                               dsambol@orlandolaw.net
Attorney for Defendant, Catherine Wharton